THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL ELLIOTTE, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant after trial of assault in the second degree, with intent to commit rape (Penal Law, § 242, subd. 5), and sentencing him as a second felony offender to serve from 5 to 10 years. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.